## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| WILLIAM D. TURNER, | : | No. 206 EM 2016 |
| Petitioner | : | |
| | : | |
| v. | : | |
| | : | |
| COURT OF COMMON PLEAS PHILADELPHIA COUNTY, ATTORNEY GENERAL OF PHILADELPHIA, DISTRICT ATTORNEY OF PHILADELPHIA AND SUPERINTENDENT OF SCI FRACKVILLE, | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of January, 2017, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Mandamus and/or Extraordinary Relief is **DENIED**.